UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **JOSHUA CAILLIER AND ALACIA CAILLIER, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILDREN, KAITLYN CAILLIER, KAIDEN CAILLIER, RHYLEIGH CAILLIER AND KYSON CAILLIER** | **CIVIL CASE NO.: 6:20-CV-001384**<br><br>**JUDGE:**<br><br>**MAGISTRATE JUDGE:** |
| **VERSUS** | |
| **APPLE NINE HOSPITALITY OWNERSHIP, INC.** | |

### NOTICE OF REMOVAL

Now into Court, through undersigned counsel, comes and appears defendant, **APPLE NINE HOSPITALITY OWNERSHIP, INC. ("APPLE NINE"),** who, pursuant to *28 USC §§ 1441* and *1446*, and with full reservation of its rights, respectfully submits this Notice of Removal to the United States District Court for the Western District of Louisiana, and avers that the captioned matter is being removed to this Court for the reasons set forth below:

1.

On or about October 6, 2020, plaintiffs, **JOSHUA CAILLIER AND ALACIA CAILLIER, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILDREN, KAITLYN CAILLIER, KAIDEN CAILLIER, RHYLEIGH CAILLIER AND KYSON CAILLIER** (collectively **"Plaintiffs"**), filed the instant civil action in the 15th Judicial District Court for the Parish of Lafayette, State of Louisiana, entitled *Joshua Caillier and Alacia Caillier Individually and on hehalf* [sic] *of their minor children, Kaitlyn Caillier, Kaiden Caillier, Rhyleigh Cailler* [sic] *and Kyson Caillier versus Apple*

*Nine Hospitality Ownership, Inc.,* Docket No.: C-20204883, Div. K, 15th Judicial District Court, Lafayette Parish, Louisiana (**"the State Court Proceeding"**).[1]

2.

Service was effected on Apple Nine on October 21, 2020 through its agent for service of process, C T Corporation, 3867 Plaza Tower Drive, Baton Rouge, LA 70816.[2]

**DIVERSITY JURISDICTION EXISTS**

3.

Upon information and belief and as alleged in the Petition for Damages that Plaintiffs have filed in this Court, Plaintiffs are all citizens of and domiciliaries of Vernon Parish, Louisiana.[3]

4.

Apple Nine is a corporation organized under the laws of the state of Virginia whose principal place of business is located in the state of Virginia.[4]

5.

In light of the foregoing, complete diversity exists between the parties.

6.

Furthermore, as detailed in Paragraph 8 of Plaintiffs' Petition for Damages, the amount in controversy exceeds $50,000.00, exclusive of interest and costs, and the damages are legally sufficient for federal court jurisdiction.

---

[1] See **Exhibit "A"** – Petition for Damages.

[2] See **Exhibit "B"** - Notice of Service of Process and Citation upon Apple Nine.

[3] See **Exhibit "A"** – Petition for Damages.

[4] See **Exhibit "C"** - Louisiana Secretary of State listing for Apple Nine Hospitality Ownership, Inc.

7.

Accordingly, this Court has original jurisdiction over this action, and this case may be properly removed to this Court pursuant to *28 USC §1441 (a)*, in that the captioned matter is a "civil action… where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between… citizens of different States." *28 USC §1332(a)*.

### ALL PROCEDURAL REQUIREMENTS FOR REMOVAL ARE OTHERWISE SATISFIED

8.

In accordance with *28 USC §§ 1441* and *1446*, this Notice of Removal is timely, as it has been filed not more than thirty (30) days after service upon Apple Nine and within one year of the initial filing of the suit.

9.

The United States District Court for the Western District of Louisiana – Lafayette Division encompasses Lafayette Parish, the parish in which the state court action is now pending. Therefore, venue is proper in this Court pursuant to *28 USC § 1441 (a)*.

10.

Additionally, Apple Nine has provided notice to the Clerk of Court for the 15th Judicial District Court for the Parish of Lafayette through the filing of this Notice of Removal and a Notice of Filing of Notice of Removal into the record of the State Court Proceeding and has further notified Plaintiffs by delivery of same to their counsel of record.

11.

Pursuant to *28 USC § 1446(d)*, the filing of the Notice of Removal in this Court and the filing of same with the state court serves immediately to confer upon this Court exclusive

jurisdiction over this action and simultaneously to divest the state court of jurisdiction with respect to this action.

12.

Apple Nine specifically reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, defendant, **APPLE NINE HOSPITALITY OWNERSHIP, INC.,** respectfully prays that this matter be removed to the United States District Court for the Western District of Louisiana for further proceedings and disposition.

Respectfully submitted,

**VEAZEY FELDER & RENEGAR, LLC**

/s/ G. Andrew Veazey
G. ANDREW VEAZEY #21929 T.A.
BRADFORD H. FELDER #25046
DONA K. RENEGAR #21834
REBECCA K. BAYLESS #32334
2 Flagg Place
Post Office Box 80948
Lafayette, Louisiana 70598-0948
Phone: (337) 234-5350
Fax: (337) 234-5310
Email: aveazey@vfrlawfirm.com

**ATTORNEYS FOR APPLE NINE HOSPITALITY OWNERSHIP, INC.**