# Exhibit A

**PETITION FOR DAMAGES**

Lafayette Parish
Filed Oct 06, 2020 9:53 AM
Martina Reaux
Deputy Clerk of Court

C-20204883
K

| | | |
|---|---|---|
| JOSHUA CAILLIER AND ALACIA CAILLIER INDIVIDUALLY AND ON HEHALF OF THEIR MINOR CHILDREN, KAITLYN CAILLIER, KAIDEN CAILLIER, RHYLEIGH CAILLER AND KYSON CAILLIER | : : | 15th JUDICIAL DISTRICT COURT |
| VS No. __C-20204883__ | : : | PARISH OF LAFAYETTE |
| APPLE NINE HOSPITALITY OWNERSHIP, INC. | : : | STATE OF LOUISIANA |
| FILED ON _____ | : : | _____ DEPUTY CLERK |

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come **JOSHUA CAILLIER AND ALACIA CAILLIER**, individually and on behalf of the estate of the minor children, **KAITLYN CAILLIER, KAIDEN CAILLIER, RHYLEIGH CAILLIER AND KYSON CAILLIER** petitioners, domiciled in Vernon Parish, Louisiana, who respectfully state that:

1.

A. **APPLE NINE HOSPITALITY OWNERSHIP, INC.** a foreign corporation authorized to do and actually doing business in the Parish of Lafayette, State of Louisiana, hereinafter referred to at times as "**APPLE NINE**".

2.

Venue is proper in Lafayette Parish, Louisiana, because this is the parish in which all or a substantial part of the events or omissions giving rise to the claim occurred.

3.

At all times mentioned herein, "**APPLE NINE**" was the owner of the Hilton Garden Inn and Blair Stancliff was the Manager of that certain hotel known as "Hilton Garden Inn where the fall occurred," located at 2350 Congress Street, Lafayette, Louisiana 70506.

4.

On or about the 10th day of November 2019, Petitioner, **JOSHUA CAILLIER** was walking out of the Hilton Garden Inn, when suddenly and without warning, he tripped over an electrical box that was sticking up out of the walkway where Mr. Caillier was walking. There were no warning signs or warnings of any kind. Personnel from Hilton Garden Inn were alerted immediately, and a report was made.

1


Certified True and Correct Copy
CertID: 2020100700182

Lafayette Parish
Deputy Clerk of Court

Generated Date:
10/7/2020 11:10 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

5.

As a result of his fall, **JOSHUA CAILLIER** sustained injuries to his back-requiring surgery, together with the usual bumps and bruises associated with a fall of this type.

6.

The sole proximate cause of the fall was the negligence of **APPLE NINE** in the following non-exclusive particulars:

**"APPLE NINE"**

a) In failing to have a proper warning signs of a dangerous condition;

b) In failing to implement and/or follow proper guidelines for the inspection of the outside area;

c) In failing to properly train;

d) In failing to prevent a hazardous situation or warn of the same;

e) In failing to recognize the imminence of a fall and take steps to prevent the same;

f) In failing to properly install and maintain electrical equipment in the front walkway of the premises where customers enter and exit the hotel;

g) In either negligently screening potential employees and/or negligently hiring employees, including Blair Stancliff; and

h) Any other acts of negligence which may be revealed through discovery, added as a negligence allegation in a Supplemental and Amending Petition for Damages, and proven at the trial of this case.

7.

As a result of the subject accident, Petitioners have suffered and are entitled to recover reasonable sums for the following items of damages:

**JOSHUA CAILLIER:**

Petitioner has suffered and is entitled to recover reasonable sums for the following items of damage:

a) Past, present, and future medical expenses;

b) Past, present, and future physical pain and suffering;

c) Past, present, and future mental anguish, pain, and inconvenience;

d) Permanent disability;

f) Loss of earnings and/or earning capacity;

g) Loss of enjoyment of life; and

h) Loss of household services.

2


**Certified True and Correct Copy**
CertID: 2020100700182

Lafayette Parish
Deputy Clerk of Court

Generated Date:
10/7/2020 11:10 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**JOSHUA CAILLIER, AS ADMINISTRATOR OF THE ESTATE OF HIS MINOR CHILDREN, KAITLYN CAILLIER, KAIDEN CAILLIER, RHYLEIGH CAILLIER AND KYSON CAILLIER :**

Loss of consortium, service, and society of their father.

**ALACIA CAILLIER:**

a) Loss of consortium, service and society of her husband, **JOSHUA CAILLIER**; and

b) Loss of wages as a result of having to care for her husband during the time of his recovery.

8.

At least one of the individual Petitioner's cause of action stated herein against the current Defendants exceeds fifty thousand dollars exclusive of interest and costs, and the damages are legally sufficient for federal court jurisdiction.

**WHEREFORE**, the premises considered, Petitioners prays that:

I. Defendant, **APPLE NINE HOSPITALITY OWNERSHIP, INC.** be served with a copy of this petition and be duly cited to appear and answer same;

II. After due proceedings had, there be judgment herein in favor of Petitioners, **JOSHUA CAILLIER AND ALACIA CAILLIER**, individually and on behalf of the estate of the minor children, **KAITLYN CAILLIER, KAIDEN CAILLIER, RHYLEIGH CAILLIER AND KYSON CAILLIER**, and against Defendant, **APPLE NINE HOSPITALITY OWNERSHIP, INC.**, jointly and in solido, for such sums as may be reasonable under the circumstances of this case, together with legal interest thereon from the date of judicial demand, and all costs of these proceedings;

IV. Petitioner(s) be granted all further and different relief as the facts, law, and equity of this case require.

3


Certified True and Correct Copy
CertID: 2020100700182

Lafayette Parish
Deputy Clerk of Court

Generated Date:
10/7/2020 11:10 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

RESPECTFULLY SUBMITTED BY
BROUSSARD & HART, LLC,
Attorneys for Plaintiffs, *Joshua Callier and Alacia Callier, et al*

_____
AARON BROUSSARD (#30134)
STEVEN BROUSSARD (#3518)
MICHAEL WILLIAMSON (#31004)
JASON R. BELL (#30860)
RACHEL K. COUVILLION (#33927)

**BROUSSARD+
WILLIAMSON**

1301 Common Street
Lake Charles, LA 70601
(337) 439-2450 Telephone
(337) 439-3450 Facsimile

**SERVICE INSTRUCTIONS:**

**APPLE NINE HOSPITALITY OWNERSHIP, INC.**
Through its registered agent of service
C.T. Corporation
3867 Plaza Tower Drive
Baton Rouge, LA 70816

4

Certified True and Correct Copy
CertID: 2020100700182

Lafayette Parish
Deputy Clerk of Court

Generated Date:
10/7/2020 11:10 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).