UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOSHUA CAILLIER AND ALACIA CAILLIER, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILDREN, KAITLYN CAILLIER, KAIDEN CAILLIER, KYLEIGH CAILLIER AND KYSON CAILLIER | CIVIL CASE NO.: 6:20-CV-001384<br><br>JUDGE:<br><br>MAGISTRATE JUDGE: |

VERSUS

APPLE NINE HOSPITALITY OWNERSHIP, INC.
_____

**MOTION FOR LEAVE OF COURT TO FILE FIRST
AMENDING PETITION FOR DAMAGES**

**NOW INTO COURT**, come Plaintiffs **JOSHUA CAILLIER AND ALACIA CAILLIER**, individually and on behalf of the estate of the minor children, **KAITLYN CAILLIER, KAIDEN CAILLIER, KHYLEIGH CAILLIER AND KYSON CAILLIER**, Petitioners, through undersigned counsel, who respectfully move this Court for leave to file the attached First Amending Petition for Damages pursuant to FRCP 15(a)(2).

Consent to the submission of said Motion to the Court was sought from Counsel for Defendants, **APPLE NINE HOSPITALITY OWNERSHIP, INC., APPLE NINE LOUISIANA, L.P., APPLE NINE LOUISIANA GP, INC.** and **LBAM-INVESTOR GROUP, L.L.C.** agree to the submission of said Motion.

1

RESPECTFULLY SUBMITTED BY
BROUSSARD & HART, LLC,
Attorneys for Plaintiffs, *Joshua Callier and Alacia Callier, et al*

/s/ Jason R. Bell
AARON BROUSSARD (#30134)
STEVEN BROUSSARD (#3518)
MICHAEL WILLIAMSON (#31004)
JASON R. BELL (#30860)
RACHEL K. COUVILLION (#33927)

**BROUSSARD + WILLIAMSON**

1301 Common Street
Lake Charles, LA   70601
(337) 439-2450  Telephone
(337) 439-3450  Facsimile
Email: Jason@bwtriallawyers.com

## **CERTIFICATE OF CIRCULATION**

I hereby certify that a copy of the foregoing proposed Motion was circulated to all counsel of record and/or unrepresented parties, on the 16th day of November, 2020, by:

| _____ mail | \_\_X\_\_ email |
|---|---|
| _____ facsimile | _____ hand delivery |
| _____ other | |

That at least five (5) working days were allowed for comment before presentation to the Court.  Consent to the submission of said Motion to the Court was sought from Counsel for Defendants, **APPLE NINE HOSPITALITY OWNERSHIP, INC., APPLE NINE LOUISIANA, L.P., APPLE NINE LOUISIANA GP, INC.** and **LBAM-INVESTOR GROUP, L.L.C.** agree to the submission of said Motion.

/s/Jason R. Bell
JASON R. BELL (#30860)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been duly served on all counsel of record by:

| | | | |
|---|---|---|---|
| _____ | U.S. mail, postage pre-paid | _____ | Facsimile |
| _____ | FedEx, pre-paid | _____ | E-mail |
| _____ | Hand delivery | __X__ | Court's CM/ECF system |

on this 19th day of November, 2020.

*/s/April Reid*
April Reid
Paralegal to JASON R. BELL