UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOSHUA CAILLIER AND ALACIA CAILLIER, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILDREN, KAITLYN CAILLIER, KAIDEN CAILLIER, KYLEIGH CAILLIER AND KYSON CAILLIER | CIVIL CASE NO.: 6:20-CV-001384<br><br>JUDGE:<br><br>MAGISTRATE JUDGE: |
| VERSUS | |
| APPLE NINE HOSPITALITY OWNERSHIP, INC. | |

_____

### ORDER

Considering the foregoing Motion for Leave of Court to File First Amending Petition for Damages:

**IT IS HEREBY ORDERED** that Plaintiffs, **JOSHUA CAILLIER AND ALACIA CAILLIER**, individually and on behalf of the estate of the minor children, **KAITLYN CAILLIER, KAIDEN CAILLIER, KHYLEIGH CAILLIER AND KYSON CAILLIER MONIQUE RICHARDSON** and **CRAIG RICHARDSON** are hereby granted leave to file their First Amending Petition For Damages.

**THIS ORDER SIGNED** in Chambers, this 20th day of November, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

4